# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | CASE NO. 1:07-CV-1544 |
| Plaintiff, | |
| | JUDGE CHRISTOPHER BOYKO |
| v. | MAGISTRATE JUDGE PERELMAN |
| | |
| NURENBERG PARIS HELLER & MCCARTHY CO., LPA, | **STIPULATED ORDER STAYING PROCEEDINGS AND REMOVING CASE FROM ACTIVE DOCKET** |
| Defendant. | |

With the agreement of and at the request of the parties, further proceedings in this case are hereby stayed for a period not to exceed ninety (90) days from June 3, 2008, pending a decision on a motion for summary judgment in Case No. 06-5023-CV-S-JCE in the U.S. District Court for the Western District of Missouri, Southern Division. It is anticipated that a decision in that case may partially or fully resolve the issues to be addressed in this case.

Further, it is ordered that this case be removed from the active docket of this Court until further order from this Court.

```
s/Christopher A. Boyko
```
Hon. Christopher A. Boyko
District Judge

```
June 5, 2008
```